# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN STOUTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 1:20-cv-11160-NT |
| | ) |
| JUDGE INDIRA TALWANI, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER AFFIRMING THE RECOMMENDED
## DECISION OF THE MAGISTRATE JUDGE

On October 19, 2020, the United States Magistrate Judge filed with the court, with copy to the Plaintiff, his Recommended Decision after a preliminary review of the Plaintiff's Complaint under 28 U.S.C. § 1915. Recommended Decision (ECF No. 14). On October 30, 2020, the Plaintiff filed a document in which he "motion[ed] the court for an appeal of the decisions" in this case (ECF No. 16). I construe the Plaintiff's filing as a written objection to the Recommended Decision under 28 U.S.C. § 636(b)(1)(C).[1] I have reviewed and considered the Recommended Decision, together with Plaintiff's objection and the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED** and the Plaintiff's Complaint be **DISMISSED**.

---

[1] To the extent the Plaintiff intended his filing to constitute an appeal to the Court of Appeals for the First Circuit, such an appeal is premature until a final order has entered in the District Court.

1

Further, given that Plaintiff has filed three other baseless cases with this court (*Stoute v. Young*, et al., 1:20-cv-11195-NT, *Stoute v. Young*, et al., No. 1:20-cv-11226-NT, and *Stoute v. Talwani*, et al., No. 1:20-cv-11339-NT), I hereby place Stephen Stoute on **NOTICE** that filing restrictions "may be in the offing." *Cok v. Family Court of R.I.*, 985 F.2d 32, 35 (1st Cir. 1993). This represents the "cautionary order" of which *Cok* speaks. *Id.* Groundless and inappropriate filings will not be tolerated.

Because I construed Plaintiff's filing as an objection to the Recommended Decision and not an appeal to the Court of Appeals for the First Circuit, if Plaintiff intends to file an appeal to the First Circuit, Plaintiff must file a notice of appeal in accordance with Federal Rules of Appellate Procedure 3 and 4 within thirty (30) days after entry of this order.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 28th day of December, 2020.